In the Matter of FRED M. SEMKE et al., Appellants, against WILLIAM E. TYDEMAN et al., Constituting the BOARD OF FIRE COMMISSIONERS OF THE UNIONDALE FIRE DISTRICT, TOWN OF HEMPSTEAD, et al., Respondents.

*Firemen — mandamus — motion for peremptory order of mandamus to compel reinstatement as members of volunteer fire company, denied.*

*Matter of Semke v. Tydeman,* 217 App. Div. 775, affirmed.

(Argued June 19, 1928; decided July 19, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1926, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the reinstatement of the petitioners as members of the Uniondale Fire Department and denied the motion.

*Milton Pinkus* and *Thomas J. Cuff* for appellants.

*Thomas R. Fay, George A. Gibson* and *Fred Ingraham, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.